IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GARYCK TRULS ARNTZEN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-005577

Judge Elaine E. Bucklo

Magistrate Judge Daniel P. McLaughlin

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | DINGLIA |
| 5 | ShiNingXinXi |
| 6 | Feixueyue 7-14 Days Arrival |
| 8 | Chengsen |
| 15 | teruiter |
| 18 | Lucasie(✿7-14 Days Delivery✿) |
| 19 | CEGLAN |
| 21 | kenywag68 |
| 22 | deals of the day LINLIYA (7-15 Days Arrival) |
| 24 | WEUFSO887 |
| 25 | TOTGO US |
| 28 | jinjiums ( Order arrive 10-14 days) |
| 30 | Today 2024 Warehouse Deals 【7-14 Days Delivery】 |
| 36 | hjgjhgf |
| 38 | KLUDACP |
| 39 | YUedda |
| 41 | merry christmas orders placed by me |
| 42 | qicimaoyidian |
| 44 | SPE969 (10-20 Delivery ) |
| 47 | DUEIG(7-15 Days Delivery) |

| | |
|---|---|
| 49 | LinGuBin2024 |
| 51 | PrimeMYA |
| 52 | Halloween Costumes(5-10 days delivery) |
| 53 | Zulmaliu |
| 61 | Yesunpxs |
| 66 | scarrfor |
| 68 | YuanGU8 |
| 69 | askedwayu |
| 71 | LAM KWONGY |
| 72 | CUCUHAM |
| 73 | SXMURP Autumn Sale Up to 50% off |
| 74 | Azeralia |
| 83 | mingwangseo |
| 84 | WUCYAOTY |
| 85 | XZNPDG-(10-18 days) |
| 86 | Rocket-Gid |
| 87 | Damark |
| 96 | GOINGJIN |
| 99 | Clearance Sales DIESAN's Shop |
| 100 | WEINUA |
| 113 | Yougslgww |
| 114 | gideris |
| 118 | JUNGE(7-20 days delivery) |
| 123 | CUKOLSXA - Fall deals - 7-15 Days Delivery |
| 125 | ADHOWBEW |
| 128 | Junchioo |
| 130 | HANUEKD |
| 136 | JXQCWY |
| 142 | Elneeya Men's Store |
| 143 | KUJDAH Halloween Clearance on Sale 2024 |
| 144 | HANGJDF |
| 146 | SERYU |
| 147 | BDPORKAS |
| 148 | Ruixinchengwangluo |
| 149 | AAZJSS |
| 150 | WujiJia |
| 151 | OAZKXCN |
| 152 | jingjingjjj |
| 154 | jiangcuipingus |
| 155 | 2024 HUTJDHA clearance sale |
| 158 | QuintonJ |
| 169 | Sunizaiyi Great Sales |
| 176 | Kids And Adult Clothing |
| 179 | QWZian |

| | |
|---|---|
| 181 | Tinad Biyus |
| 182 | Clothing Wholesaler |
| 184 | Yindaity |
| 190 | NBS SHOP |
| 196 | AMiDuo |

DATED:  July 4, 2025

Respectfully submitted,

<u>/s/ Keith A. Vogt</u>
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 4, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt