IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARYCK TRULS ARNTZEN, | |
| Plaintiff, | Case No.: 1:25-cv-05577 |
| v. | Judge Elaine E. Bucklo |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 18, 2025 [44] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 11 | Yebobo |
| 29 | gululoan |
| 46 | JUER666 |
| 64 | ♥7-16 days arrival♥ NiuFuQi |
| 91 | DAcihua |
| 119 | LIVILKK |
| 138 | owhxs |
| 145 | GZPINLU |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: September 26, 2025
                        Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Keith A. Vogt, on this __26__ day of September, 2025.

Given under by hand and notarial seal.

_Chnielda Delgado_
NOTARY PUBLIC

STATE OF ____Illinois____

COUNTY OF ____Cook____